```
UNITED STATES DISTRICT COURT
  MIDDLE DISTRICT OF TENNESSEE
      NASHVILLE DIVISION
```

SHONEY'S NORTH AMERICA CORP.,  )
a Georgia corporation,         )
                               )
        Plaintiff              )
                               )
v.                             )    No. 3:09-0781
                               )    Judge Trauger/Brown
ELBANNA ENTERPRISE ONE, INC.,  )
a Florida corporation, and     )
KHALIL E. ELBANNA, a           )
Florida resident,              )
                               )
        Defendants             )

## O R D E R

At the request of the Magistrate Judge a telephone conference was held in this matter on April 26, 2010, to discuss Judge Trauger's memorandum and order of April 12, 2010 (Docket Entry 74).

The Plaintiffs have indicated that they will supply additional information on the three categories Judge Trauger was concerned about. They have indicated that they would try to file this matter within **two weeks** of the entry of this order.

Mr. Elbanna also called in on the telephone conference. He was advised that he could listen to the proceedings and if anyone had a specific question for him they could ask it, however, he could not represent the corporations in the matter since he was not an attorney. The case against him individually has been stayed unless the claim is released from the automatic stay by the Bankruptcy Court.

Upon receiving the additional materials from the Plaintiff, the Magistrate Judge will prepare a report and recommendation for Judge Trauger as to the entry of a final judgment.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge