IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SHONEY'S NORTH AMERICA CORPORATION, )
                                                                                  )
    Plaintiff,                                  )
                                                                                   )    Civil No. 3:09-0781
v.                                                                           )    Judge Trauger
                                                                                   )
ELBANNA ENTERPRISE ONE, INC., *et al.*,    )
                                                                                   )
    Defendants.                        )

## **O R D E R**

On June 11, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 87), to which no timely objections have been filed.  The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court.  For the reasons expressed therein, a judgment by default will be entered against the corporate defendants, the details of which will be reflected in the Final Default Judgment to be entered.

It is so **ORDERED**.

ENTER this 8th day of July 2010.

                                                                       _____
                                                                           ALETA A. TRAUGER
                                                                            U.S. District Judge